RAL MANAGEMENT, INC. *v.* VALLEY VIEW
ASSOCIATES ET AL.

The petition by the defendants Valley View Associates
and Kings Highway Associates for certification for
appeal from the Appellate Court, 88 Conn. App. 430
(AC 24558), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendants' appeal as moot?"

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17438.

*Jonathan D. Elliot,* in support of the petition.

*Jeffrey M. Alexander,* in opposition.

Decided June 2, 2005

MARK DANIELS *v.* STATE OF CONNECTICUT

*James B. Streeto,* assistant public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney,
in opposition.

Decided June 2, 2005

JOHNSON LEE *v.* WILLIAM M. DUNCAN ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 88 Conn. App. 319 (AC 24840),
is denied.